## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 16-2693

Roque De La Fuente, also known as Rocky

Appellant

v.

Iowa Democratic Party and Paul Pate, agent of Secretary of State

Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:16-cv-00031-SMR)
_____

**MANDATE**

In accordance with the opinion and judgment of 02/27/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 20, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit